IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION )<br>1750 H Street, N.W. )<br>Washington, D.C. 20006 )<br> )<br>　　　　　　　Plaintiff, )<br> )<br>　　　v. )<br> )<br>DONALD J. TRUMP, )<br>President of the United States, )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20035, )<br> )<br>and )<br> )<br>JEFF T.H. PON, )<br>Director of the Office of Personnel Management )<br>1900 E Street, N.W. )<br>Washington, D.C. 20415 )<br>　　　　　　　Defendants. )<br>_____) | No. 1:18-cv-649 CMH/MSN |

### Notice of Dismissal Pursuant to Rule 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff National Treasury Employees Union, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

*So Ordered*
*Claude M. Hilton*
*USDJ*
*June 7, 2018*

Respectfully submitted,

/s/ Jonathan R. Mook

Jonathan R. Mook
Virginia Bar No. 19177
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314
Tel: (703) 684-4333
Fax: (703) 548-3181
Email: jmook@dimuro.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that, on June 6, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Virginia through the CM/ECF system. I further certify that service was accomplished pursuant to the Court's electronic filing procedures.

/s/ Jonathan R. Mook

Jonathan R. Mook
Virginia Bar No. 19177
DiMuroGinsberg, PC
1101 King Street, Suite 610
Alexandria, Virginia 22314
Tel: (703) 684-4333
Fax: (703) 548-3181
Email: jmook@dimuro.com

June 6, 2018         Attorney for Plaintiff